# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY L. FRANKLIN,<br><br>        Plaintiff,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant. | Case No. 1:10-cv-00142-MJS (PC)<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT EMERY L. FRANKLIN,**<br><br>**U.S. BOP # 05252-000**<br><br>**PLAINTIFF**<br><br>**DATE:  August 14, 2014**<br><br>**TIME:    8:30 a.m.**<br><br>**PLACE:  U.S.D.C., Courtroom #6, 2500 Tulare Street, Fresno CA** |

Emery L. Franklin, United States Bureau of Prisons ("BOP") inmate No. 5252-000, Plaintiff in this case set for trial in the United States District Court for the Eastern District of California, Fresno Division, on August 14, 2014, is confined in the United States Penitentiary at Lompoc, California (USP-Lompoc), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate

Judge Michael J. Seng at the U. S. District Court, Courtroom #6, 2500 Tulare Street, Fresno, California 93721, on Thursday, August 14, 2014 at 8:30 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this Court, commanding the Warden to produce the inmate named above to participate in trial at the time and place above, until completion of the trial or as ordered by the Court; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the United States Bureau of Prisons;

2. The custodian is ordered to notify the Court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, USP-Lompoc, 3901 Klein Blvd., Lompoc, California 93436:**

**WE COMMAND** you to produce the inmate named above to participate in trial before Judge Seng at the time and place above, until completion of the trial or as ordered by the Court; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the United States Bureau of Prisons. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

**FURTHER**, you have been ordered to notify the Court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated: June 21, 2014         /s/ *Michael J. Seng*
                              UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28