BENJAMIN B. WAGNER
United States Attorney
JEFFREY J. LODGE
Assistant United States Attorney
ALYSON A. BERG
Assistant United States Attorney
United States Attorney's Office
Eastern District of California
2500 Tulare Street, Suite 4401
Fresno, California 93721
(559) 497-4080 (telephone)
(559) 497-4099 (facsimile)

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY L. FRANKLIN, III,<br><br>　　　　Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　Defendant. | Case No. 1:10-cv-00142-LJO-MJS-PC<br><br>STIPULATION TO CONTINUE<br>CERTAIN DATES IN PRE-TRIAL<br>ORDER; ORDER<br><br>Trial: August 14, 2014<br>Time: 8:30 a.m.<br>Dept.　6<br>Magistrate Judge Michael J. Seng |

　　　　Plaintiff Emery L. Franklin, III ("Plaintiff") and Defendant United States of America ("United States") hereby stipulate to continue certain dates contained in the Pre-Trial Order [Dkt 119]. The parties stipulate to continue the date on which to file their optional trial briefs and submit their respective trial exhibits currently due on July 28, 2014 to August 6, 2014. The parties also stipulate to continue the date by which to oppose any motions in limine from July 28, 2014 to August 6, 2014.

　　　　The parties base this stipulation on good cause as the Plaintiff, who is representing himself in this action, has been in transit pursuant to the Order & Writ of Habeas Corpus Ad Testificandum to Transport Emery L. Franklin [Dkt 120] for the upcoming trial in this matter. As outlined in Plaintiff's Letter to the Judge [Dkt 124] filed July 16, 2014, Plaintiff began his transport from Lompoc, California on Monday July 14, 2014. Plaintiff arrived in Fresno on Wednesday, July 23, 2014. The United States arranged a trial exhibit conference on Thursday, July 24, 2014. At that time, the United States provided Plaintiff with the United States' motions in limine and agreed to provide: 1) a full and complete copy of

STIPULATION TO CONTINUE CERTAIN DATES IN PRE-TRIAL ORDER; ORDER　　　　　　1

Plaintiff's exhibits for trial preparation; and 2) a full and complete copy of the United States' trial exhibits on or before July 25, 2014.

The parties request the court endorse this stipulation by way of formal order.

|  | Current Date | New Date |
|---|---|---|
| Last day to file and serve any Opposition to Motions in Limine | July 28, 2014 | August 6, 2014 |
| Optional Trial Briefs | July 28, 2014 | August 6, 2014 |
| Original and five copies of all trial Exhibits along with exhibit lists to be submitted | July 28, 2014 | August 6, 2014 |

All other dates and provisions of the Pre-Trial Order [Dkt 119] shall remain unchanged.

Respectfully submitted,

Dated: July 24, 2014         BENJAMIN B. WAGNER
                             United States Attorney

                  By:    /s/Jeffrey J. Lodge
                         JEFFREY J. LODGE
                         Assistant U.S. Attorney
                         Attorneys for the United States

Dated: July 24, 2014


                         /s/Emery L. Franklin III
                         Emery L. Franklin III
                         Plaintiff In Pro Per

**ORDER**

Having reviewed the stipulation submitted by the parties, the court continues the dates as outlined above from July 28, 2014 to August 6, 2014.  All other dates and provisions of the Pre-Trial Order [Dkt 119] shall remain unchanged.
IT IS SO ORDERED.

Dated:   July 25, 2014              /s/ *Michael J. Seng*
                                    UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28