1
2
3
4
5

# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

6
7
8
9

EMERY L. FRANKLIN, III,

              Plaintiff,

   v.

UNITED STATES OF AMERICA,

              Defendant.

_____/

CASE NO. 1:10-cv-00142-MJS (PC)

ORDER REQUIRING PRODUCTION OF
PLAINTIFF FOR TRIAL ON
AUGUST 15, 2014, AT 8:30 A.M.

10
11
12
13
14
15
16
17
18
19

     Plaintiff Emery L. Franklin, United States Bureau of Prisons inmate No. 5252-000 shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:30 a.m. on Friday, August 15, 2014, and from day to day until completion of the proceedings or as ordered by the Court.

20

IT IS SO ORDERED.

21
22
23

    DATED: <u>August 14, 2014</u>        <u>   /s/  Michael J. Seng   </u>
                                   UNITED STATES MAGISTRATE JUDGE

24
25
26
27
28