

AUG 1 4 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

1  BENJAMIN B. WAGNER
   United States Attorney
2  JEFFREY J. LODGE
   Assistant United States Attorney
3  United States Attorney's Office
   Eastern District of California
4  2500 Tulare Street, Suite 4401
   Fresno, California 93721
5  (559) 497-4080 (telephone)
   (559) 497-4099 (facsimile)
6

7  Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY L. FRANKLIN, III, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, <br><br> Defendant. | 1:10-cv-00142-LJO-MJS-PC <br><br> STIPULATION FOR THE ADDITIONAL PAYMENT OF COSTS; ~~PROPOSED~~ ORDER <br><br> Trial Date: August 14, 2014 <br> Time:      8:30 a.m. <br> Ctrm.      6 <br> Judge Michael J. Seng |

The parties to this action hereby stipulate and agree as follows:

The Court previously ordered Plaintiff to provide service information for each witness being commanded to appear at the trial of this matter, set for August 14, 2014, along with a money order made payable to each witness as required for payment of witness fees and mileage. Plaintiff submitted the required information and a money order in the amount of $113.45, made payable to Mr. Ogues. (Dkt. 121.)

1. The parties agree that Mr. Rodrigo Ogues will incur additional costs for mileage in the amount of $116.39, for his travel to and from this Court, to comply with the subpoena commanding his appearance and testimony at the trial of this matter on August 14, 2014.

2. Plaintiff will bear the additional mileage costs for Mr. Ogues in the amount of $116.39.

///

STIPULATION FOR THE ADDITIONAL PAYMENT OF COSTS; [PROPOSED] ORDER

1

Respectfully submitted,

Dated: August 14, 2014

BENJAMIN B. WAGNER
United States Attorney

By: /s/ Jeffrey J. Lodge
JEFFREY J. LODGE
Assistant U.S. Attorney
Attorneys for the United States

Dated: August __, 2014

Emery L. Franklin, III, Plaintiff

By: /s/ Emery L. Franklin III
Emery L. Franklin, III, *Pro Se*

## ORDER

Accordingly, per the agreement of the parties and for good cause showing,

Plaintiff, Emery L. Franklin, III, will obtain a money order made payable to Rodrigo Ogues in the amount of $116.39, for the additional mileage costs he will incur in complying with the subpoena commanding his appearance at the trial of this matter on August 14, 2014.

It is SO ORDERED.

Dated: AUGUST 14, 2014

Honorable Michael J. Seng
UNITED MAGISTRATE JUDGE