


UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA
2500 Tulare Street, Room 1501
Fresno, CA 93721

## ORDER AND RECEIPT FOR TRIAL EXHIBITS

**CASE NUMBER:**  1:10-cv-00142-MJS

**CASE NAME:**  **Emery L. Franklin v. United States**

Pursuant to Local Rule 138(f), the Court orders that custody of all exhibits used, referenced and/or admitted at trial be returned to the Defendant as the Plaintiff is currently incarcerated. Defense counsel shall retrieve the original exhibits from the Courtroom Deputy following the verdict in the case.

Defense counsel shall retain possession of and keep safe all exhibits until final judgment and all appeals are exhausted or the time for filing an appeal has passed.

DATED: 8/15/2014

MICHAEL J. SENG
United States Magistrate Judge

**DATE EXHIBITS RETURNED:** 8·15·2014

**Defense Attorneys:** Jeffrey Lodge and Alyson Berg

**Defense Attorneys' Signatures:** _____

This document certifies that the above referenced exhibits were returned.

Date: 8·15·2014

RENEE GAUMNITZ
**Courtroom Clerk**