1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

10   EMERY L. FRANKLIN,                    **CASE No.  1:10-cv-00142-MJS**

11           Plaintiff,                    **JUDGMENT IN A CIVIL ACTION**

12       v.

13   UNITED STATES,

14           Defendant.

15   _____/

16
17       Judgment is entered in this action in favor of Defendant United States and against

18   Plaintiff Emery L. Franklin on all Plaintiff's claims, in accordance with the findings of facts

19   and conclusions of law and judgment entered orally on the record on August 15, 2014,

20   after bench trial. Although the prevailing party normally is entitled to recover costs, the

21   Court exercises its discretion under 28 U.S.C. § 2412 to deny such an award in this case

22   because Plaintiff proceeds in forma pauperis, he has incurred substantial expense in

23   securing witness appearances at trial, and he presented a colorable claim supported by

24   competent evidence, albeit not a preponderance.

25   DATED: August 15, 2014                    MARRIANNE MATHERLY, Clerk

26
27                                            /s/ RENEE GAUMNITZ
                                              By:    Renee Gaumnitz
28                                                   Deputy Clerk