# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMERY L. FRANKLIN, III, | CASE NO. 1:10-cv-00142-MJS (PC) |
| Plaintiff, | ORDER NO LONGER REQUIRED FOR TRIAL |
| v. | |
| UNITED STATES OF AMERICA, | |
| Defendant. | |

Bench trial as to Emery L. Franklin, United States Bureau of Prisons inmate No. 5252-000 has concluded and he can be returned to his permanent housing.

IT IS SO ORDERED.

DATED: August 15, 2014        /s/  Michael J. Seng
                              UNITED STATES MAGISTRATE JUDGE